UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TASHA BECKFORD o/b/o C.D,

                Plaintiff,           22 **CIVIL** 9745 (LGS) (KHP)

-v-                      **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 06, 2023, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          April 12, 2023

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                  **BY:**

                                              **Deputy Clerk**